```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 10933
   MAURICIO MARTINEZ
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5880

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/19/2007 and was confirmed 08/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG    4281.96            .00       4281.96
WASHINGTON MUTUAL BANK    NOTICE ONLY    NOT FILED            .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE   14653.58            .00       2219.49
GMAC                      UNSEC W/INTER    6851.71            .00            .00
JC PENNEY                 UNSEC W/INTER  NOT FILED            .00            .00
TARGET NATIONAL BANK      UNSEC W/INTER  NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER     398.24            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER     335.70            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER     727.02            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     108.60            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     393.80            .00            .00
ILLINOIS DEPT OF REV      PRIORITY         1562.66            .00            .00
ILLINOIS DEPT OF REV      UNSEC W/INTER     286.45            .00            .00
MELVIN J KAPLAN           DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                         472.55
DEBTOR REFUND             REFUND                                        2,000.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               8,974.00

PRIORITY                                       .00
SECURED                                   6,501.45
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                        472.55
DEBTOR REFUND                             2,000.00
                     ---------------    ---------------
TOTALS                8,974.00             8,974.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 10933 MAURICIO MARTINEZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 10933 MAURICIO MARTINEZ